FORM 1

## UNITED STATES DISCTRICT COURT

### DISTRICT OF CONNECTICUT

FILED
SEP 30   12:55 PM '04

SUZANNE MERSEREAU SEARLES, Plaintiff

v.     CIVIL CASE NO. 2:90cv626(PCD)
                     3:97cv02601(PCD)
WEST HARTFORD BOARD OF EDUCATION,    3:00cv1115(PCD)
    ET AL., Defendants

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Suzanne M. Searles__ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

"Ruling On Plaintiff's Pending Motions" which does not in any way

address Plaintiff's "Motion To Transfer To Original Venue And For

Relief From Judgment" per F.R.C.P. 60(b)(6), nor does it address the

2. The Judgment/Order in this action was entered on __September 16, 2004__   "Addendum"
                                                            (date)                  to said motion.

_Signature_ Suzanne M. Searles

Suzanne M. Searles
Print Name

45 Whispering Pines

Avon, CT  06001
Address

Date: September 28, 2004      860-674-0617
                              Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
SEP 16  3 29 PM '04

SUZANNE MERSEREAU SEARLES
Plaintiff,

v.

PETER RELIC ET AL.,
Defendants.

Case No: 2:90cv626 (PCD)
3:97cv2601 (PCD)
3:00cv1115 (PCD)

### RULING ON PLAINTIFF'S PENDING MOTIONS

Having considered both Plaintiff's motion and her addendum to that motion, Plaintiff's motion to transfer to original venue and for relief from judgment [Doc. No. 166] is **denied**. First, there is no case pending. See Searles v. Board of Ed, et al, 3:00cv01115 PCD (Closed since May 2001 when the Second Circuit mandate issued dismissing Plaintiff's appeal - Doc. No. 73); Searles v. West Hartford Board, 3:97cv2601 PCD (Closed since May 1999 when Second Circuit mandate issued dismissing Plaintiff's appeal - Doc. No. 23); Searles v. Relic, et al, 2:90cv00626 PCD (Closed since May 1997 when the Second Circuit mandate issued dismissing Plaintiff's appeal - Doc. No. 164) Second, FED. R. CIV. P. 60(b) provides for relief upon a finding of (1) mistake, inadvertence, surprise, or excusable neglect, (2) newly discovered evidence which by due diligence could not have been duly discovered, and (3) fraud. FED. R. CIV. P. 60(b)(1)-(3). Rule 60(b) also provides that such motion "shall be made . . . not more than one year after the judgment, order, or proceeding was entered or taken." As stated, more than a year has passed since judgment was entered in these cases.

1

SO ORDERED.

Dated at New Haven, Connecticut, September 16, 2004.

Peter C. Dorsey
Senior United States District Judge

2