## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

FILED
Sep 30  12:34 PM '04
U.S. [illegible]

Suzanne M. Searles
Name of Plaintiff/Petitioner

v.

Case No. 2:90cv)PCD)626
3:97cv02601(PCD)
3:00cv1115(PCD)

West Hartford Board of Education, et al.
Name of Defendant/Respondent

### MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Suzanne Sibley Mersereau Searles

   Your present mailing address: 45 Whispering Pines

   Avon, CT 06001

   Telephone number: (860-674-0617

2. Are you presently employed? YES ___ NO _X_

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. West Hartford Board of Education

   $1025/week

(Rev. 1/2/03)

Date last worked: __March 5, 1987__

Weekly earnings: __$1025.00/week__

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? __0.00__

   b) interest, dividends, rents or investments of any kind? __0.00__

   c) gifts or inheritances of any kind? __0.00__

6. How much money do you have in any checking or savings account(s)?

   Checking: __27.34__

   Savings: __0.00__

   Prison account: __N/A__

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO __X__

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? __$655.00__

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | Property Management, LLC | $655.00 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

   no others than myself

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO _x_

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. SSI of $564.00 is my only monthly income.

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. I was constructively discharged from my tenured teaching position/contract with defendants fraudulently ~~alleging permanent physical disability post two corrective~~ brain surgeries to excise cerebral aneurysms, the first of which ruptured.
(Additional space on next page) As court exhibits are probative, my post-surgical teaching expertise and professional demeanor had remained intact.

3

> I was not then and am not now in any way disabled from full-time teaching. All three aforementioned federal cases qualify for ~~remand replete with with the totality of medical evaluations~~ of my excellent health, post-surgical instructional expertise, and graduate study completed at Dartmouth College <u>post</u> constructive ~~discharge. Defendants have moved to remove from district~~ court purview all said evaluations in their 'rush to summary judgments.'

**EFFORTS TO OBTAIN AN ATTORNEY**

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES _X_ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Gary Phelan, Esq._

   Date you contacted this attorney _many times since and including 1987_

   Method of contact (in person, by telephone, etc.) _phone and via completion of his questionnaire_

   Reason why attorney was not employed to handle your case _unknown, perhaps my inability to pay his retainer and his then workload_

   b) Attorney's name _Greg Addler, Esq._

   Date you contacted this attorney _2004 summer_

   Method of contact (in person, by telephone, etc.) _phone_

   Reason why attorney was not employed to handle your case _inability to pay his retainer_

4

c) Attorney's name __Robinson and Cole__

Date you contacted this attorney __August 2004__

Method of contact (in person, by telephone, etc.) __phone__

Reason why attorney was not employed to handle your case "__conflict of interest__"

15. Explain any other efforts you have made to obtain an attorney to handle your case.

    __Igor Sikorsky, Jr., Esq. retained in 1990 but he did not oppose defendants' motions to remove exhibits in either state or federal court as aforementioned__

    __Between 1992 and 2004 I have phoned the offices of several other attorneys but have been summarily rejected because of my inability to pay their retainers.__

16. Please provide any other information which supports your application for the court to appoint counsel. __On December 14, 1994 a defendant school administrator physically rammed me to the floor of a West Hartford grocery store with a grocery cart. My 911 call to the local police proved futile when they learned that the assailant was a school employee. My head struck the floor with such force that a new brain injury was incurred to the back of my head. Surgery to correct the emergence of two new aneurysms resulted in my being temporarily rendered legally blind. During my nursing facility convalescence in Simsbury, my Avon home was fraudulently foreclosed upon via collusion between the assailant's attorney and my home's condominium association attorneys.__

17. Do you need a lawyer who speaks a language other than English?
    YES ___ NO _x_

    If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

September 28, 2004
Date

Original Signature of Movant

Suzanne Mersereau Searles

45 Whispering Pines

Avon, CT  06001
Printed Name and Address of Movant

(Rev. 1/2/03)

6

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.) All were mailed on 9-28-04.

West Hartford Corporation Counsel, 50 South Main St., West Hartford CT 06107

Sack, Spector, and Karsten, 836 Farmington Ave., West Hartford, CT 06119

Rosenberg and Rosenberg, 920 Farmington Ave., West Hartford, CT 06107

_____
Original Signature of Movant

(Rev. 1/2/03)