UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 OCT 29  A 11: 25

U.S. DISTRICT COURT
NEW HAVEN, CT

Suzanne SEARLES
    Plaintiff,

v.                                    Case No. 2:90cv626 (PCD)

WEST HARTFORD
BOARD OF EDUCATION, et al.
    Defendant.

3:97cv2601 (PCD)
3:00cv1115 (PCD)

### RULING ON PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL

Plaintiff moves, pursuant to 28 U.S.C. § 1915, for Leave to Proceed in Forma Pauperis [Doc. No. 171] and for Appointment of Counsel [Doc. No. 169]. Based solely upon the information provided in Plaintiff's affidavits, her Motions are **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, October 29, 2004.

Peter C. Dorsey
United States District Judge