D. Conn. New Haven Ct
00 Civ. 1115
Dorsey, J.

FILED

# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

2005 AUG 19 P 2: 05

U.S. DISTRICT COURT
NEW HAVEN CT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 11th Day of July, Two thousand and five,

Present:

    Hon. John M. Walker, Jr.,
        *Chief Judge,*
    Hon. Dennis Jacobs,
    Hon. José A. Cabranes,
        *Circuit Judges.*



---

Suzanne M. Searles,

        Plaintiff-Appellant,

    v.

                          05-1211-cv

Board of Education, West Hartford, Paul Berkel, Nancy
Schulman, Matthew Borrelli, Peter Relic, Lloyd Calvert,
James J. Moore, James J. Fredericks, M.D., James Black,
M. Peter Blum, Neil Macy, William Dolan,
        Defendants-Appellees.

---

Appellant, *pro se*, appeals the district court's denial of her motion for relief under Federal Rule of Civil Procedure 60(b) and to change venue. Upon due consideration, it is ORDERED that the appeal is dismissed because it lacks an arguable basis in fact or law. *See* 28 U.S.C. 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

In addition, Appellant is reminded that, by order entered in *Searles v. Relic*, No. 04-0551, on April 7, 2005, Appellant is prohibited from filing any further motions, appeals, or other papers in this Court "with respect to the facts, claims, or issues underlying the [appeal] docketed under 04-0551] or the prior appeals docketed under 92-7912, 98-9133, and 01-7007" without first obtaining leave of this Court.

**A TRUE COPY**
**Roseann B. MacKechnie, CLERK**

by _____ Stoglick _____
     **DEPUTY CLERK**

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _____ Lucille Carr _____

SAO/GW

Issued as mandate

AUG 17 2005