# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

Suzanne Mersereau Searles, pro se ifp
Plaintiff(s),

v.

Case No. 2:90-626 (PCD)
3:97-2601 (PCD)
3:00-1115 (PCD)

Relic, West Hartford Board of Education, et al.
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1)  I am unable to pay such fees, costs, or give security therefor.
(2)  I am entitled to commence this action against the defendant(s).
(3)  I request that the court direct the United States Marshal's Service to serve process.

*[signature]*
Original Signature

Suzanne Mersereau Searles
Name (print or type)
45 Whispering Pines Road
Street Address
Avon, CT   06001
City         State         Zip Code
(860-674-0617
Telephone Number

Rev.10/3/05                              1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

Suzanne Mersereau Searles, pro se ifp
            Plaintiff(s),

v.                                                    Case No. 2:90-626  (PCD)
                                                               3:97-2601 (PCD)
Relic, West Hartford Board of Education, et al.                3:00-1115 (PCD)
            Defendant(s).

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _____ Married _____ Separated _____ Divorced _X_
If separated or divorced, are you paying any support or any form of maintenance?
Yes _____ No _X_
Dependents: Wife _____ Children # _____ Others # _____
and relationship _____
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name _____ Age _____
Name _____ Age _____
Name _____ Age _____

**RESIDENCE**
Street Address: 45 Whispering Pines Road
City: Avon                               State: CT
Zip Code: 06001              Telephone: 860-674-0617

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8      High School   9 10 11 12
College   1 2 3 4     Post-Graduate   1 (2) 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____   Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _5th_ day of _March_, 19_87_
The name of my last employer:   West Hartford Board of Education
Address:   28 South Main Street, West Hartford, CT 06107
Telephone #: (860) 523-3500
The last salary or wages received:   $41,000.00/year

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits since: _2000_
I am receiving $ _31.00_ monthly _X_ weekly _____
for myself ~~and family of~~ _N/A_.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving ~~social security, disability or workers' compensation benefits~~ SSI
since: _2000_.
I am receiving $ _603.00_ monthly _X_ weekly _____

**FINANCIAL STATUS**
Owner of real property?   Yes _____   No _X_
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.10/3/05                              3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:    I lease this car:
Automobile: Make  Toyota    Model  Corolla    Year  2006
Registered owner(s) name(s):    Toyota Financial Services
Present value of automobile:    unknown
Owed to:  Toyota Financial Services
Amount owed: 205.96/month

Cash or Securities on hand:
Cash in banks and savings and loan associations:  541.84
Names and addresses of banks and associations:  Bank of New England,
 Hopmeadow Street, Simsbury, CT  06070

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds : _____

**OBLIGATIONS:**
Monthly rental on house or apartment:         $ 275.00
Monthly mortgage payment on house:            $
Gas bill per month:                           $ 50.00
Electric bill per month:                      $ 31.05
Phone bill per month:                         $ 50.00
Car payments per month:                       $ 205.96
Car insurance payments per month:             $ 64.00
Other types of insurance payments per month   $
Monthly payments to retail merchants:         $
  Please list:_____   $
  Please list:_____   $
Monthly payments on any other outstanding
loans or debts:                               $
  Please list:_____   $
  Please list:_____   $
Any money owed to doctors, hospitals, lawyers
  Please list:_____   $
  Please list:_____   $
Monthly payment for maintenance or child support
under separation or dissolution agreement:    $
Estimated monthly expenditure on food:        $ 100.00

Rev.10/3/05                         4

Estimated monthly expenditure on clothing:   $ 0.00

Total amount of monthly obligations:   $ 676.01

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
N/A

**PREVIOUS LITIGATION:**

If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| Case Number | Case Caption | Disposition of Case |
|---|---|---|
| 1. 2:90 cv 626 | Searles v. Relic, Beaudry, Calvert, Berkel, Martin, Moore, Falvey, Town of West Hartford, West Hartford Board of Education | dismissed |
| 2. 3:97 cv 2601 | Searles v. West Hartford Board of Education | dismissed |
| 3. 3:00 cv 1115 | Searles v. West Hartford Board of Education, Peter Relic, Lloyd Calvert, James J. Moore, Paul Berkel, Natalie Schulman, William Dolan, Esq, Edward J. Fredericks, M.D., James Black, M.D., Neil Macy, Matthew Borrelli, River Mead Homeowners' Association | dismissed |

Date: January 18, 2006

_____
Original Signature of Affiant


## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: January 18, 2006

_____
Original Signature of Affiant