UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN MERSEREAU SEARLES | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00 CV 1115 (PCD) |
| | : | |
| V. | : | |
| | : | |
| WEST HARTFORD BOARD OF | : | |
| EDUCATION, PAUL BERKEL, | : | |
| NATALIE SCHULMAN, MATTHEW | : | |
| BORRELLI, PETER RELIC, LLOYD | : | |
| CALVERT, JAMES J. MOORE, | : | |
| EDWARD J. FREDERICKS, M.D., | : | |
| JAMES BLACK, M. PETER BLUM, | : | |
| NEIL MACY, AND WILLIAM DOLAN | : | |
| Defendants. | : | FEBRUARY 13, 2006 |

## APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of the Defendant, West Hartford Board of Education, in the above captioned case.

                THE DEFENDANT,
                WEST HARTFORD BOARD OF EDUCATION

                By_____
                Jonathan C. Sterling  (Fed. Bar # ct 24576)
                JORDEN BURT, LLP
                175 Powder Forest Drive, Suite 201
                Simsbury, CT 06089
                860-392-5000
                js@jordenusa.com
                Its Attorney

## CERTIFICATION

This is to certify that on this 13th day of February, 2006, I hereby mailed a copy of the foregoing to:

Suzanne M. Searles

45 Whispering Pines
Avon, CT 06001
PRO SE

Garie J. Mulcahey
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Dr.
Shelton, CT 06484

Mark J. Sommaruga
Michael Peter McKeon
Thomas N. Sullivan
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105

James M. Tanski
O'Brien, Tanski, Tanzer & Young
Cityplace II
Hartford, CT 06103-3402

Robert E. Young

Noble, Spector, Young & O'Connor
1 Congress St.
Hartford, CT 06114-1067

Nicole D. Dorman
Karsten & Dorman, LLC
29 So. Main St.
West Hartford, CT 06107

F. Timothy McNamara
102 Oak St.
Hartford, CT 06106

M. Peter Blum
1 Linden Place
Apt #307
Hartford, CT 06106
PRO SE

Martin A. Gould
Mark W. Baronas
Gould, Killian & Wynne
280 Trumbull St., 25th Fl.
Hartford, CT 06103

_____
Jonathan C. Sterling

11