**EXHIBIT C**





**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**

21 Grand Street, Hartford, CT 06106  (860) 541-3400 FAX (860) 246-5419
Toll Free in Connecticut 1-800-477-5737  www.state.ct.us/chro
TDD (860)541-3459

February 10, 2005          CERTIFIED MAIL # **7099 3400 0009 0144 8345**

Ms. Suzanne M. Searles
45 Whispering Pines
Avon, CT  06001

RE: <u>**Searles v. West Hartford Board of Education**</u>; **CHRO # 0010385**

Dear Ms. Searles:

I am writing in response to your letter of August 25, 2004, addressed to Mr. Hamisi Ingram, Executive Director of this agency.  In your letter, you request that this complaint be reopened by the Commission.

In response to your request, the file in this complaint has been reviewed.  On September 5, 2000, this complaint was dismissed by the Commission.  You requested reconsideration of the dismissal; that request was denied on September 10, 2001.  That denial of reconsideration was the Commission's final decision on your complaint.

Pursuant to Regulations of State Agencies Section 46a-54-71a(e)(2), the Commission cannot reopen a matter when a request to do so is made more than two years after the date of the Commission's final decision.  The final decision in this matter – the denial of reconsideration – was, as indicated above, on September 10, 2001.  Your request to reopen is dated August 25, 2004, almost three years after the final decision.  Therefore, the Commission is without authority to reopen this complaint.  Thank you for your attention.

Sincerely,

Raymond P. Pech
Managing Director & Commission Attorney

c: R. Hamisi Ingram, Executive Director
Attorney James M. Sconzo



*Safeguarding Civil Rights in Connecticut*



Affirmative Action/ Equal Opportunity Employer