**EXHIBIT E**

**MANDATE**

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

- - - - -

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the    9th    day of May two thousand one.

Present:
    Hon. Thomas J. Meskill,
    Hon. Amalya L. Kearse,
        Circuit Judges;
    Hon. Dominic J. Squatrito,
        District Judge.



Suzanne M. Searles,

    Plaintiff-Appellant,

- v. -

    No. 01-7007

West Hartford Board of Education, et al.,

    Defendants-Appellees.

Appellant has filed, pro se, motions to proceed in forma pauperis, to consolidate this appeal with previously decided appeals, and for assignment of counsel. Appellees move for dismissal of the appeal and for sanctions. Upon due consideration it is ORDERED that appellant's motions be and they hereby are denied, and that appellees' motion to dismiss the appeal be and it hereby is granted. The appeal is dismissed because it lacks an arguable basis in fact or law. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C.§ 1915(e).

The motion for sanctions is denied, but appellant is reminded that she has twice previously been warned by this Court about filing frivolous appeals, see Searles v. West Hartford Board of Education, No. 98-9133 (2d Cir. May 6, 1999) Searles v. Relic, No. 96-9675 (2d Cir. May 7, 1997); and she has now been warned by the district court not to file further suits against these defendants with respect to these events. Appellant is advised that any further frivolous filings in this Court may result in the imposition of monetary sanctions and/or an order that she obtain Court permission before filing any documents.

A TRUE COPY
Roseann B. MacKechnie, CLERK

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk

by _____    By: _____
MAY -9 2001  DEPUTY CLERK

-ISSUED AS MANDATE: MAY -9 2001-