**EXHIBIT F**

Case 3:00-cv-01115-PCD   Document 86-7   Filed 02/14/2006   Page 1 of 2

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

DCCT/NHCT
00 cv 1115
Dorsey

ROSEANN B. MACKECHNIE
    CLERK

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 6th day of August two thousand one.

---

Searles,

      Appellant,

  v                                    Dkt No: 01-7007

Board of Ed,

      Appellee.

---

A petition for panel rehearing and a petition for rehearing en banc having been filed herein by the appellant Suzanne Searles.

    Upon consideration by the panel that decided the appeal, it is Ordered that said petition for rehearing is **DENIED**.

It is further noted that the petition for rehearing en banc has been transmitted to the judges for the court in regular active service and to any other judge that heard the appeal and that no such judge has requested that a vote be taken thereon.

                               FOR THE COURT

                               ROSEANN B. MACKECHNIE, Clerk

                               By:
                               Arthur M. Heller,
                               Administrative Attorney

AUG - 6 2001