**EXHIBIT G**

Case 3:00-cv-01115-PCD    Document 86-8    Filed 02/14/2006    Page 1 of 3

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

WILLIAM K. SUTER
CLERK OF THE COURT

December 10, 2001

RECEIVED
DEC 14 2001
CORPORATION COUNSEL

AREA CODE 202
479-3011

Ms. Karen Ferguson
West Hartford Corp. Counsel
50 South Main Street
West Hartford, CT 06107

Re: Suzanne Searles
v. West Hartford Board of Education
Application No. 01A438

Dear Ms. Ferguson:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Ginsburg, who on December 10, 2001, denied the application.

This letter has been sent to those designated on the attached notification list.

Sincerely,

WILLIAM K. SUTER, Clerk

By

Sandra Elliott Spagnolo
Assistant Clerk

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

**WILLIAM K. SUTER**
CLERK OF THE COURT

AREA CODE 202
479-3011

NOTIFICATION LIST

Ms. Suzanne Searles
39 Old Farm Crossing
Avon, CT 06001


Ms. Karen Ferguson
West Hartford Corp. Counsel
50 South Main Street
West Hartford, CT 06107