# EXHIBIT H

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE MERSEREAU SEARLES : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No: 2:90cv626 (PCD) |
| : | 3:97cv2601 (PCD) |
| PETER RELIC ET AL., : | 3:00cv1116 (PCD) |
|     Defendants. : | |

### RULING ON PLAINTIFF'S PENDING MOTIONS

Having considered both Plaintiff's motion and her addendum to that motion, Plaintiff's motion to transfer to original venue and for relief from judgment [Doc. No. 166] is **denied**. First, there is no case pending. See Searles v. Board of Ed, et al, 3:00cv01115 PCD (Closed since May 2001 when the Second Circuit mandate issued dismissing Plaintiff's appeal - Doc. No. 73); Searles v. West Hartford Board, 3:97cv2601 PCD (Closed since May 1999 when Second Circuit mandate issued dismissing Plaintiff's appeal - Doc. No. 23); Searles v. Relic, et al, 2:90cv00626 PCD (Closed since May 1997 when the Second Circuit mandate issued dismissing Plaintiff's appeal - Doc. No. 164) Second, FED. R. CIV. P. 60(b) provides for relief upon a finding of (1) mistake, inadvertence, surprise, or excusable neglect, (2) newly discovered evidence which by due diligence could not have been duly discovered, and (3) fraud. FED. R. CIV. P. 60(b)(1)-(3). Rule 60(b) also provides that such motion "shall be made . . . not more than one year after the judgment, order, or proceeding was entered or taken." As stated, more than a year has passed since judgment was entered in these cases.

1

SO ORDERED.

Dated at New Haven, Connecticut, September  16 , 2004.

                                              /s/
                                    Peter C. Dorsey
                        Senior United States District Judge