**EXHIBIT I**

# MANDATE

D. Conn.
97 Civ. 2601
Dorsey, J.

FILED

2005 AUG 10 P 1: 35

U.S. DISTRICT COURT
NEW HAVEN, CT

## United States Court of Appeals
### FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 11th Day of July, Two thousand and five,

Present:
    Hon. John M. Walker, Jr.,
        *Chief Judge*,
    Hon. Dennis Jacobs,
    Hon. José A. Cabranes,
        *Circuit Judges*.



Suzanne M. Searles,
        Plaintiff-Appellant,

v.                                                          05-1226-cv

West Hartford Board of Education,
        Defendant-Appellee.

Appellant, *pro se*, appeals the district court's denial of her motion for relief under Federal Rule of Civil Procedure 60(b) and to change venue. Upon due consideration, it is ORDERED that the appeal is dismissed because it lacks an arguable basis in fact or law. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

In addition, Appellant is reminded that, by order entered in *Searles v. Relic*, No. 04-0551, on April 7, 2005, Appellant is prohibited from filing any further motions, appeals, or other papers in this Court "with respect to the facts, claims, or issues underlying the [appeal docketed under 04-0551] or the prior appeals docketed under 92-7912, 98-9133, and 01-7007" without first obtaining leave of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _Deborah Holmes_
    DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: _Lucille Carr_

SAO/GW

ISSUED AS MANDATE    AUG -5 2005

D. Conn.
00 Civ. 1115
Dorsey, J.

# MANDATE
## United States Court of Appeals
FOR THE
SECOND CIRCUIT

2005 AUG 19 P 2: 05

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 11th Day of July, Two thousand and five,

Present:
  Hon. John M. Walker, Jr.,
    *Chief Judge*,
  Hon. Dennis Jacobs,
  Hon. José A. Cabranes,
    *Circuit Judges*.



Suzanne M. Searles,
    Plaintiff-Appellant,

v.           05-1211-cv

Board of Education, West Hartford, Paul Berkel, Nancy Schulman, Matthew Borrelli, Peter Relic, Lloyd Calvert, James J. Moore, James J. Fredericks, M.D., James Black, M. Peter Blum, Neil Macy, William Dolan,
    Defendants-Appellees.

Appellant, *pro se*, appeals the district court's denial of her motion for relief under Federal Rule of Civil Procedure 60(b) and to change venue. Upon due consideration, it is ORDERED that the appeal is dismissed because it lacks an arguable basis in fact or law. *See* 28 U.S.C. 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

In addition, Appellant is reminded that, by order entered in *Searles v. Relic*, No. 04-0551, on April 7, 2005, Appellant is prohibited from filing any further motions, appeals, or other papers in this Court "with respect to the facts, claims, or issues underlying the [appeal docketed under 04-0551] or the prior appeals docketed under 92-7912, 98-9133, and 01-7007" without first obtaining leave of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
  DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: Lucille Carr

Issued as mandate
AUG 17 2005

SAO/GW

# MANDATE

D. Conn.
97 Civ. 2601
Dorsey, J.

FILED

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

2005 AUG 10 P 1: 35

U.S. DISTRICT COURT
NEW HAVEN, CT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 11th Day of July, Two thousand and five,

Present:
    Hon. John M. Walker, Jr.,
        *Chief Judge*,
    Hon. Dennis Jacobs,
    Hon. José A. Cabranes,
        *Circuit Judges*.



Suzanne M. Searles,
        Plaintiff-Appellant,

v.                                       05-1226-cv

West Hartford Board of Education,
        Defendant-Appellee.

Appellant, *pro se*, appeals the district court's denial of her motion for relief under Federal Rule of Civil Procedure 60(b) and to change venue. Upon due consideration, it is ORDERED that the appeal is dismissed because it lacks an arguable basis in fact or law. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

In addition, Appellant is reminded that, by order entered in *Searles v. Relic*, No. 04-0551, on April 7, 2005, Appellant is prohibited from filing any further motions, appeals, or other papers in this Court "with respect to the facts, claims, or issues underlying the [appeal docketed under 04-0551] or the prior appeals docketed under 92-7912, 98-9133, and 01-7007" without first obtaining leave of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _Deborah Holmes_
    DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _Lucille Carr_

SAO/OW

ISSUED AS MANDATE    AUG -5 2005