**EXHIBIT J**

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2005

Mr. Jerome V. Bolkcom
1025 Thomas Jefferson St., N.W., Suite 400 East
Washington, DC 20002-5208

Re: Suzanne M. Searles
v. Peter Relic, et al.
No. 05-5550

Dear Mr. Bolkcom:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

William K. Suter, Clerk