CLOSED

# U.S. District Court
## District of Connecticut (Hartford)
### CIVIL DOCKET FOR CASE #: 2:90-cv-00626-PCD

Searles v. Relic, et al
Assigned to: Judge Peter C. Dorsey
Demand: $0
Cause: No cause code entered

Date Filed: 07/23/1990
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Suzanne M. Searles     represented by    **Suzanne M. Searles**
45 Whispering Pines
Avon, CT 06001
PRO SE

**Igor I. Sikorsky, Jr.**
PO Box 38
Unionville, CT 06085
860-675-5313
Fax: 860-675-7104
Email: Igorbox38@hotmail.com
*TERMINATED: 10/16/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Peter Relic     represented by    **Andrew A. Cohen**
Letizia, Ambrose & Falls, PC
One Church St., 4th Fl.
New Haven, CT 06510
203-787-7000
Fax: 203-787-7001
Email: Cohen@LAFLegal.com
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garie J. Mulcahey**
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Dr.
Shelton, CT 06484
203-925-8100
Fax: 203-925-8101
Email: gmulcahey@baipollock.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Sommaruga**
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105
860-233-2141
Fax: 860-233-0516
Email: msommaruga@sscc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Peter McKeon**
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105
860-233-2141
Fax: 860-233-0516
Email: mmckeon@sscc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan K. Krell**
Jackson Lewis - Htfd, CT
90 State House Sq., 8th Fl.
Hartford, CT 06103-3708
860-522-0404
Fax: 860-247-1330
Email: krells@jacksonlewis.com
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas N. Sullivan**
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105
860-233-2141
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Constance Beaudry**                  represented by  **Andrew A. Cohen**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Dee Bailey**

Corporation Counsel's Office
50 South Main St.
West Hartford, CT 06107
860-523-3171
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garie J. Mulcahey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Sommaruga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Peter McKeon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan K. Krell**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas N. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lloyd Clavert**                     represented by   **Andrew A. Cohen**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Dee Bailey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garie J. Mulcahey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Mark J. Sommaruga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Michael Peter McKeon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Susan K. Krell**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Thomas N. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Berkel**         represented by  **Andrew A. Cohen**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Elizabeth Dee Bailey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Garie J. Mulcahey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Mark J. Sommaruga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Michael Peter McKeon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Susan K. Krell**
(See above for address)

|  |  |  |
|---|---|---|
|  |  | *TERMINATED: 11/09/1992*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Thomas N. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Jean P. Martin** | represented by | **Andrew A. Cohen**<br>(See above for address)<br>*TERMINATED: 11/09/1992*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Elizabeth Dee Bailey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Garie J. Mulcahey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Mark J. Sommaruga**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Michael Peter McKeon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Susan K. Krell**<br>(See above for address)<br>*TERMINATED: 11/09/1992*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Thomas N. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**James J. Moore** | represented by | **Andrew A. Cohen**<br>(See above for address) |

*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garie J. Mulcahey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Sommaruga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Peter McKeon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan K. Krell**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas N. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Falvey** represented by **Andrew A. Cohen**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garie J. Mulcahey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Sommaruga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Peter McKeon**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Susan K. Krell**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas N. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roger Bobowick**
*TERMINATED: 01/30/1991*

represented by **James M. Tanski**
O'Brien, Tanski, Tanzer & Young
Cityplace II
Hartford, CT 06103-3402
860-525-2700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Peter McKeon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Young**
Noble, Spector, Young & O'Connor
1 Congress St.
Hartford, CT 06114-1067
860-525-9975
Fax: 860-525-9985
Email: young@nsyolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**West Hartford, Town Of**
*TERMINATED: 11/01/1991*

represented by **Andrew A. Cohen**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Peter McKeon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan K. Krell**

(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**West Hartford Board Of Education**          represented by   **Andrew A. Cohen**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Sommaruga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Peter McKeon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan K. Krell**
(See above for address)
*TERMINATED: 11/09/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas N. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Notice**

**United States Court of Appeals**
*TERMINATED: 08/10/2005*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/1991 | 75 | RULING re Deft's Mot to Dismiss all allegations other than the sole claim involving termination of pltf's employment contract is GRANTED. This last and only remaining claim is dismissed as to all defts other than the West Hartford Board of Education and individually named defts serving in their capacity as officials or agents of the Board. ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 11/04/1991) |
| 11/14/1991 | 76 | TRIAL Preparation Order. Section D due 1/2/92 ( Signed by Judge Peter C. Dorsey ) cc mld 11/14/91 (Kunofsky, L.) (Entered: 11/16/1991) |
| 11/20/1991 | 77 | MOTION by West Hartford Board to Extend Time until Dec. 19, 1991 to answer |

| | | |
|---|---|---|
| | | amended complaint (Brief Due 12/11/91 ) (Former Employee) (Entered: 11/23/1991) |
| 11/25/1991 | 78 | MOTION by West Hartford Board to Extend Time f/filing mot f/Summary Judgment until 2/1/92 (Former Employee) (Entered: 11/27/1991) |
| 11/27/1991 | | ENDORSEMENT granting [77-1] motion to Extend Time until Dec. 19, 1991 to answer amended complaint, resetting Answer deadline to 12/19/91 for West Hartford Board ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 11/27/1991) |
| 12/04/1991 | | ENDORSEMENT [78-1] motion to Extend Time of TPO - STAYED Any mot f/Summary Judgment , reset Motion for Summary Judgment due by 1/3/92 New dates for compliance w/the TPO will issue simultaneously w/the ct's rul on said mots. So Ord. ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 12/05/1991) |
| 12/19/1991 | 79 | LETTER dated 12/7/91 by Suzanne M. Searles re: motion for appt of counsel (Former Employee) (Entered: 12/19/1991) |
| 12/19/1991 | | ENDORSEMENT granting [79-1] letter - pro se law clerk shall make diligent efforts to obtain counsel for pltf in this case. So Ord. ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 12/19/1991) |
| 12/19/1991 | 80 | ANSWER to Complaint by West Hartford Board (Former Employee) (Entered: 12/26/1991) |
| 01/09/1992 | 81 | MOTION by West Hartford Board to Extend Time to amend the answer to pltf's second amended complaint until 1/28/92 (Johnson, D.) (Entered: 01/09/1992) |
| 01/27/1992 | 82 | Defts' AMENDED ANSWER and affirmative defenses to pltf's second amended Complaint (by West Hartford, West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Roger Bobowick, Paul Berkel, Constance Beaudry): amends; xJURY DEMANDjury demand (Former Employee) (Entered: 01/28/1992) |
| 01/28/1992 | 83 | Letter MOTION by Suzanne M. Searles to proceed pro se and vacate order for court appointed counsel (Brief Due 2/18/92 (Former Employee) (Entered: 02/01/1992) |
| 01/30/1992 | 84 | UNOPPOSED MOTION by West Hartford, West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Roger Bobowick, Paul Berkel, Constance Beaudry for Leave to File memo/law in excess of 40 pgs. (Brief Due 2/20/92 ) (Former Employee) (Entered: 02/01/1992) |
| 02/03/1992 | 85 | MOTION by West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry for Summary Judgment (Brief Due 2/24/92 ) (Former Employee) (Entered: 02/05/1992) |
| 02/03/1992 | 86 | MEMORANDUM by West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry in support of [85-1] motion for Summary Judgment by defendant (Former Employee) (Entered: 02/05/1992) |
| 02/03/1992 | 87 | Deft's STATEMENT of Material FACTS not in dispute by West Hartford Board, |

| | | |
|---|---|---|
| | | Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry regarding [85-1] motion for Summary Judgment by defendant (Former Employee) (Entered: 02/05/1992) |
| 02/04/1992 | | ENDORSEMENT granting [84-1] motion for Leave to File memo/law in excess of 40 pgs. ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 02/06/1992) |
| 02/05/1992 | | ENDORSEMENT denying [83-1] motion to proceed pro se and vacate order for court appointed counsel (In view of the complexity of the issues in this case, the court will continue its efforts to appoint counsel for pltf. The req to vacate ther order is, accoprdingly, denied.) ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 02/06/1992) |
| 02/05/1992 | 88 | Letter MOTION by West Hartford, West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Roger Bobowick, Paul Berkel, Constance Beaudry to Extend Time to file a mot for S/J until 2/3/92 (Former Employee) (Entered: 02/06/1992) |
| 02/05/1992 | | ENDORSEMENT granting [88-1] motion to Extend Time to file a mot for S/J until 2/3/92, Brief Deadline set for 2/25/92 [85-1] motion for Summary Judgment ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 02/06/1992) |
| 02/12/1992 | 89 | MOTION by Suzanne M. Searles to Extend Time until 3/25/92 to resp to deft's mot fopr s/j (Former Employee) (Entered: 02/13/1992) |
| 02/14/1992 | | ENDORSEMENT denying [89-1] motion to Extend Time until 3/25/92 to resp to deft's mot fopr s/j ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 02/14/1992) |
| 02/19/1992 | | ENDORSEMENT denying (as moot in view of deft's amend ans hav bn fld on 1/27/92) [81-1] motion to Extend Time to amend the answer to pltf's second amended complaint until 1/28/92 ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 02/20/1992) |
| 02/20/1992 | 90 | MOTION by Suzanne M. Searles to Extend Time to respond to deft's mtn for sum jgm (Kunofsky, L.) (Entered: 02/21/1992) |
| 02/25/1992 | | ENDORSEMENT granting [90-1] motion to Extend Time to respond to deft's mtn for sum jgm, Brief Deadline set for 3/25/92 [85-1] motion for Summary Judgment ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 02/25/1992) |
| 03/10/1992 | | ENDORSEMENT granting [83-1] motion to proceed pro se and vacate order for court appointed counsel...[In light of pltf's renewed request to proceed pro se, the request is granted and the endorsement order of 2/5/92 is vacated. So Ord] ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 03/10/1992) |
| 03/25/1992 | 91 | MEMORANDUM by Suzanne M. Searles in opposition to [85-1] motion for Summary Judgment by defendant (Former Employee) (Entered: 03/26/1992) |
| 03/25/1992 | 92 | STATEMENT of Material FACTS Genuineky in dispute by Suzanne M. Searles regarding [85-1] motion for Summary Judgment by defendant (Former Employee) (Entered: 03/26/1992) |
| | | |

| | | |
|---|---|---|
| 04/04/1992 | 93 | MOTION by West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry for Leave to File reply brief sppt their S/J mot (Brief Due 4/27/92 ) (Former Employee) (Entered: 04/06/1992) |
| 04/07/1992 | | ENDORSEMENT granting [93-1] motion for Leave to File reply brief sppt their S/J mot, Brief Deadline set for 5/1/92 [85-1] motion for Summary Judgment ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 04/07/1992) |
| 05/01/1992 | 94 | MEMORANDUM by West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry in support of [85-1] motion for Summary Judgment by defendant (Former Employee) (Entered: 05/06/1992) |
| 05/12/1992 | 95 | Letter MOTION by Suzanne M. Searles to Extend Time (Kunofsky, L.) Modified on 05/14/1992 (Entered: 05/14/1992) |
| 05/12/1992 | | ENDORSEMENT granting [95-1] motion to Extend Time, Brief Deadline set for 5/29/92 [85-1] motion for Summary Judgment ( signed by Judge Peter C. Dorsey ) (Kunofsky, L.) (Entered: 05/14/1992) |
| 05/29/1992 | 96 | REPLY by Suzanne M. Searles __Pltf's rebuttal of deft's reply memo oin sppt of their mot for s/j -- to response to [85-1] motion for Summary Judgment by defendant (Former Employee) (Entered: 06/01/1992) |
| 05/29/1992 | 97 | REPLY by Suzanne M. Searles to response to [85-1] motion for Summary Judgment by defendant (Former Employee) (Entered: 06/01/1992) |
| 06/30/1992 | 98 | RULING granting [85-1] motion for Summary Judgment ( signed by Judge Peter C. Dorsey ) (Kunofsky, L.) (Entered: 07/01/1992) |
| 07/16/1992 | 99 | MOTION by Suzanne M. Searles to Extend Time 30 days until 8/27/92 to file a Notice of Appeal or other appropriate steps which the pro se pltf may chhose to pursue. (Former Employee) (Entered: 07/16/1992) |
| 07/22/1992 | | ENDORSEMENT granting [99-1] motion to Extend Time 30 days until 8/27/92 to file a Notice of Appeal or other appropriate steps which the pro se pltf may chhose to pursue. ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 07/24/1992) |
| 07/27/1992 | 100 | MOTION #100 by West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Roger Bobowick, Paul Berkel, Constance Beaudry for Reconsideration of [0-0] order (Brief Due 8/17/92 ) (Former Employee) (Entered: 07/28/1992) |
| 07/27/1992 | 101 | MEMORANDUM by West Hartford Board, Suzanne M. Searles, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry in support of [99-1] motion to Extend Time 30 days until 8/27/92 to file a Notice of Appeal or other appropriate steps which the pro se pltf may chhose to pursue. by Suzanne M. Searles (Former Employee) (Entered: 07/29/1992) |
| 08/05/1992 | 102 | JUDGMENT for West Hartford, West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry against Suzanne M. Searles ( signed by Clerk ) (Former Employee) (Entered: 08/05/1992) |

| | | |
|---|---|---|
| 08/05/1992 | | Case closed (Johnson, D.) (Entered: 08/07/1992) |
| 08/06/1992 | 103 | MEMORANDUM by West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry in opposition to [99-1] motion to Extend Time 30 days until 8/27/92 to file a Notice of Appeal or other appropriate steps which the pro se pltf may chhose to pursue. by Suzanne M. Searles (Former Employee) (Entered: 08/07/1992) |
| 08/11/1992 | 106 | MOTION by Suzanne M. Searles for return of plaintiff's exhibits (Brief Due 9/1/92) (Former Employee) (Entered: 08/17/1992) |
| 08/14/1992 | 104 | NOTICE OF APPEAL of [102-1] judgment order by Suzanne M. Searles . Certified Copy of Appeal and Docket mailed to USCA Appeal record due on 9/23/92 (Kunofsky, L.) (Entered: 08/17/1992) |
| 08/14/1992 | 107 | OBJECTIONS by West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry to [105-1] motion for Appointment of Counsel for purposes of appeal by Suzanne M. Searles (Former Employee) (Entered: 08/17/1992) |
| 08/17/1992 | 105 | MOTION by Suzanne M. Searles for Appointment of Counsel for purposes of appeal (Brief Due 9/8/92) (Former Employee) (Entered: 08/17/1992) |
| 08/24/1992 | | ENDORSEMENT denying - This motion should peoperly be renewed at the US Court of Appeals for the Second Circuit, Clerk's Office, U.S. Courthouse Foley Sq., NY, NY 10007. So Ord. [105-1] motion for Appointment of Counsel for purposes of appeal ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 08/25/1992) |
| 08/24/1992 | | ENDORSEMENT denying [106-1] motion for return of plaintiff's exhibits ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 08/25/1992) |
| 08/26/1992 | 108 | MOTION by Suzanne M. Searles to Proceed in Forma Pauperis on Appeal to Second Circuit Court of Appeals (Brief Due 9/16/92) (Former Employee) (Entered: 08/26/1992) |
| 09/02/1992 | | ENDORSEMENT granting [108-1] motion to Proceed in Forma Pauperis on Appeal to Second Circuit Court of Appeals ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 09/03/1992) |
| 09/10/1992 | 109 | APPEARANCE of Attorney for West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry -- Mark J. Sommaruga, Thomas N. Sullivan (Former Employee) (Entered: 09/15/1992) |
| 09/23/1992 | 110 | Scheduling Order from USCA regarding [104-1] appeal by Suzanne M. Searles USCA Number: 92-7912 Appeal Record due 9/25/92 (Carpenter, M.) (Entered: 09/23/1992) |
| 09/28/1992 | | INDEX to Record on Appeal mailed to USCA: [104-1] appeal by Suzanne M. Searles (Former Employee) (Entered: 09/29/1992) |
| 09/30/1992 | | Record on Appeal Mailed to USCA: [104-1] appeal by Suzanne M. Searles (Former Employee) (Entered: 03/23/1993) |
| 10/05/1992 | | ACKNOWLEDGED receipt of Record on Appeal at USCA on 92-7912 received re: |

| Date | No. | Description |
|---|---|---|
| | | [104-1] appeal by Suzanne M. Searles USCA Number: 92-7912 (Former Employee) (Entered: 10/06/1992) |
| 10/06/1992 | 111 | MOTION by West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Paul Berkel, Constance Beaudry for Susan Krell, Andrew Cohen to Withdraw as Attorney (Brief Due 10/27/92 ) (Former Employee) (Entered: 10/07/1992) |
| 10/09/1992 | | ACKNOWLEDGED receipt of Record on Appeal at USCA on 9/30/92 received re: [104-1] appeal by Suzanne M. Searles USCA Number: 92-7912 (Former Employee) (Entered: 10/09/1992) |
| 11/02/1992 | 112 | MOTION by Suzanne M. Searles to REOPEN case (Brief Due 11/23/92 ) (Former Employee) (Entered: 11/03/1992) |
| 11/09/1992 | | ENDORSEMENT granting [111-1] motion for Susan Krell, Andrew Cohen to Withdraw as Attorney (Terminated attorney Andrew A. Cohen for Constance Beaudry, attorney Susan K. Krell for Constance Beaudry ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 11/10/1992) |
| 11/30/1992 | 113 | APPEARANCE of Attorney for West Hartford, West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Roger Bobowick, Paul Berkel, Constance Beaudry -- Michael Peter McKeon (Former Employee) (Entered: 12/03/1992 |
| 11/30/1992 | 114 | OBJECTIONS by West Hartford, West Hartford Board, Peter Relic, James J. Moore, Jean P. Martin, John Falvey, Lloyd Clavert, Roger Bobowick, Paul Berkel, Constance Beaudry to [112-1] motion to REOPEN case by Suzanne M. Searles (Former Employee) (Entered: 12/03/1992) |
| 12/09/1992 | 115 | LETTER dated 12/7/92 by Suzanne M. Searles regarding exhibits sent to the USCA with the record on appeal (Former Employee) (Entered: 12/09/1992) |
| 12/11/1992 | 116 | LETTER dated 12/5/92 by Suzanne M. Searles regarding exhibits sent to the Court of Appeals (Former Employee) (Entered: 12/14/1992) |
| 09/13/1993 | | ENDORSEMENT denying [112-1] motion to REOPEN case. Denied in light of pltf's failure to present clear and convincing evidence of material misrepresentations. ( signed by Judge Peter C. Dorsey ) (Former Employee) (Entered: 09/14/1993) |
| 03/22/1994 | | FIRST SUPPLEMENTAL Record on Appeal mailed to USCA, regarding [104-1] appeal by Suzanne M. Searles cc: counsel (Former Employee) (Entered: 03/22/1994) |
| 04/06/1994 | | ACKNOWLEDGED receipt of First Supplemental Index to Record on Appeal at USCA on 3/25/94 received re: [104-1] appeal by Suzanne M. Searles USCA Number: 92-7912 (Blue,A.) (Entered: 04/06/1994) |
| 07/21/1994 | 117 | MANDATE OF USCA (certified copy) dated 7/18/94 affirming [104-1] appeal ( George Lange) re: preclusion was entirely appropriate in this case because Searles took an appeal of the adverse administrative decision to the CT Superior Court, which dismissed her appeal as time-barred. That judicial ruling is a ruling on the merits, which is entitled to preclusive effect. On consideration whereof, it is hereby ordered, adjudged, and decreed that the judgment of the District Court be and it hereby is AFFIRMED. (Blue,A.) (Entered: 07/22/1994) |

| Date | No. | Description |
|---|---|---|
| 02/17/1995 | | Record on Appeal returned from U.S. Court of Appeals, Regarding [104-1] appeal by Suzanne M. Searles. Receipt mailed to USCA. (Blue,A.) (Entered: 02/17/1995) |
| 05/22/1995 | 118 | MOTION by Suzanne M. Searles to Proceed in Forma Pauperis (Brief Due 6/12/95 ) (Graham, T.) (Entered: 06/29/1995) |
| 05/22/1995 | 119 | MOTION by Suzanne M. Searles for Appointment of Counsel (Brief Due 6/12/95 ) (Graham, T.) (Entered: 06/29/1995) |
| 05/22/1995 | 120 | MOTION by Suzanne M. Searles to Reopen Case (Brief Due 6/12/95 ) (Graham, T.) (Entered: 06/29/1995) |
| 07/10/1995 | 121 | ORDER denying [118-1] motion to Proceed in Forma Pauperis, and denying [119-1] motion for Appointment of Counsel, both as moot; denying [120-1] motion to Reopen Case as untimely filed ( signed by Chief Judge C. Dorsey ) (Former Employee) (Entered: 07/10/1995) |
| 08/24/1995 | 122 | MOTION by Suzanne M. Searles for Reconsideration of [121-1] order dated 07/10/95 denying her [120-1] motion to Reopen Case, [119-1] motion for Appointment of Counsel & [118-1] motion to Proceed in Forma Pauperis (Lopez, B.) (Entered: 08/24/1995) |
| 09/01/1995 | | ENDORSEMENT granting [122-1] motion for Reconsideration of [121-1] order dated 07/10/95 denying her [120-1] motion to Reopen Case, [119-1] motion for Appointment of Counsel & [118-1] motion to Proceed in Forma Pauperis. Although untimely filed under Local Rule 9(e)(1). Nevertheless, the prior order #121 is adhered to for the reasons stated therin, which plaintiff's present arguments do not detract from. ( signed by Chief Judge Peter C. Dorsey ) (Jefferson, V.) (Entered: 09/05/1995) |
| 10/12/1995 | 123 | MOTION by Suzanne M. Searles to Set Aside Judgment: [102-1] judgment order (Brief Due 11/2/95 ) (Jefferson, V.) (Entered: 10/13/1995) |
| 10/16/1995 | 124 | PRO SE Appearance by Suzanne M. Searles (Lopez, B.) (Entered: 10/23/1995) |
| 10/31/1995 | 125 | MEMORANDUM by Peter Relic in opposition to [123-1] motion to Set Aside Judgment: [102-1] judgment order by Suzanne M. Searles (Jefferson, V.) (Entered: 10/31/1995) |
| 11/01/1995 | 126 | RULING on Plaintiff's Motion for Relief from Judgment or Order: denying [123-1] motion to Set Aside Judgment: [102-1] judgment order. Plaintiff's claims have been considered and decided by this court and by the US Court of Appeals for the Second Circuit. Certiorari was denied by the US Supreme Court. Plaintiff's subsequent motions to renew her claims were resolved by orders entered, after review of the merits, on 7/7/95 and after reconsideration as requested by plaintiff. Plaintiff's present motion is barred by the doctrine of res judicata and is untimely under Rule 60b of FRCP. Nevertheless, in deference to plaintiff's pro se status, her claims have been reviewed and reveal no new, relevant evidence to substantiate her claims. ( signed by Chief Judge Peter C. Dorsey ) (Jefferson, V.) (Entered: 11/01/1995) |
| 11/15/1995 | 127 | NOTICE OF APPEAL of [126-1] order by Suzanne M. Searles Certified Copy of Appeal and Docket mailed to USCA Appeal record due on 12/25/95 (Blue,A.) (Entered: 11/17/1995) |

| | | |
|---|---|---|
| 12/01/1995 | 128 | MOTION by Suzanne M. Searles to Proceed in Forma Pauperis (Jefferson, V.) (Entered: 12/06/1995) |
| 12/01/1995 | 129 | MOTION by Peter Relic for Attorney Fees (Brief Due 12/22/95) (Jefferson, V.) (Entered: 12/06/1995) |
| 12/01/1995 | 130 | MEMORANDUM by defendants in support of [129-1] motion for Attorney Fees by defendants (Jefferson, V.) (Entered: 12/06/1995) |
| 12/07/1995 | | ENDORSEMENT granting [128-1] motion to Proceed in Forma Pauperis (signed by Chief Judge Peter C. Dorsey) (Jefferson, V.) (Entered: 12/07/1995) |
| 12/07/1995 | | ENDORSEMENT denying [129-1] motion for Attorney Fees, in light of the order granting plaintiff's motion IFP (signed by Chief Judge Peter C. Dorsey) (Jefferson, V.) (Entered: 12/07/1995) |
| 12/15/1995 | | Record on Appeal Mailed to USCA: [127-1] appeal by Suzanne M. Searles (Blue, A.) (Entered: 12/15/1995) |
| 12/18/1995 | 131 | MOTION by Suzanne M. Searles to Extend Time to file a Notice of Appeal, until 12/14/95 (Jefferson, V.) (Entered: 12/22/1995) |
| 12/19/1995 | 132 | MATERIAL filed by plaintiff, to be included in Appeal Record:" Citation of Supplemental Authorities" (Jefferson, V.) (Entered: 12/22/1995) |
| 12/22/1995 | | ENDORSEMENT granting nunc pro tunc [131-1] motion to Extend Time to file Notice of Appeal, until 12/14/95 (signed by Chief Judge Peter C. Dorsey) (Jefferson, V.) (Entered: 12/27/1995) |
| 04/15/1996 | 133 | ACKNOWLEDGED receipt of Record on Appeal at USCA on 12/26/96 received re: [127-1] appeal by Suzanne M. Searles USCA Number: 95-9184 (Blue, A.) (Entered: 04/17/1996) |
| 04/29/1996 | 134 | MOTION by Suzanne M. Searles to Modify [127-1] appeal record by Suzanne M. Searles (Jefferson, V.) (Entered: 04/30/1996) |
| 05/01/1996 | | ENDORSEMENT denying [134-1] motion to Modify [127-1] appeal record by Suzanne M. Searles, for the reasons stated in the 11/1/95 ruling (signed by Chief Judge Peter C. Dorsey) (Jefferson, V.) (Entered: 05/01/1996) |
| 05/24/1996 | 135 | MANDATE OF USCA (certified copy) dated 5/10/96 dismissing [127-1] appeal (George Lange III) (Montgomery, C.) (Entered: 05/24/1996) |
| 06/05/1996 | 136 | MOTION by Suzanne M. Searles for Appointment of Counsel (Jefferson, V.) (Entered: 06/05/1996) |
| 06/07/1996 | | ENDORSEMENT denying as moot [136-1] motion for Appointment of Counsel. Judgment has entered, and plaintiff's appeals have been denied (signed by Chief Judge Peter C. Dorsey) (Jefferson, V.) (Entered: 06/07/1996) |
| 06/17/1996 | | Record on Appeal returned from U.S. Court of Appeals, Regarding [127-1] appeal by Suzanne M. Searles, [104-1] appeal by Suzanne M. Searles. Receipt mailed to USCA. (Montgomery, C.) (Entered: 06/28/1996) |
| 07/11/1996 | | FIRST SUPPLEMENTAL Record on Appeal mailed to USCA. (Villano, P.) |

|  |  | (Entered: 07/11/1996) |
|---|---|---|
| 07/25/1996 | 137 | ACKNOWLEDGED receipt of First Supplemental Record on Appeal at USCA on 7/15/96 received re: USCA Number: 95-9184 (Montgomery, C.) Modified on 08/21/1996 (Entered: 07/26/1996) |
| 08/08/1996 |  | First Supplemental Record on Appeal returned from U.S. Court of Appeals, Regarding [127-1] appeal by Suzanne M. Searles, [104-1] appeal by Suzanne M. Searles. Receipt mailed to USCA. (Villano, P.) (Entered: 08/14/1996) |
| 08/09/1996 | 138 | MOTION by Suzanne M. Searles for Independent Action for Fraud upon the Court (Jefferson, V.) (Entered: 08/15/1996) |
| 08/13/1996 | 139 | Addendum by Suzanne M. Searles to [138-1] motion for Independent Action for Fraud upon the Court by Suzanne M. Searles (Jefferson, V.) (Entered: 08/15/1996) |
| 08/15/1996 | 140 | MEMORANDUM by Peter Relic in opposition to [138-1] motion for Independent Action for Fraud upon the Court by Suzanne M. Searles (Jefferson, V.) (Entered: 08/15/1996) |
| 08/19/1996 |  | ENDORSEMENT denying [138-1] motion for Independent Action for Fraud upon the Court. The evidence referrenced in plaintiff's latest filings does not justify a different result than that previously reached. ( signed by Chief Judge Peter C. Dorsey ) (Jefferson, V.) (Entered: 08/20/1996) |
| 08/22/1996 | 141 | MEMORANDUM by Suzanne M. Searles in support of [138-1] motion for Independent Action for Fraud upon the Court (Jefferson, V.) (Entered: 08/22/1996) |
| 08/26/1996 | 142 | FURTHER MEMORANDUM by Suzanne M. Searles in support of [138-1] motion for Independent Action for Fraud upon the Court (Jefferson, V.) (Entered: 08/27/1996) |
| 09/06/1996 | 143 | SUPPLEMENTAL Pleading, filed by Suzanne Searles (Jefferson, V.) (Entered: 09/09/1996) |
| 09/24/1996 | 144 | "Independent Action for Fraud Upon the Court: Addendum", filed by Plaintiff, Searles (Jefferson, V.) (Entered: 09/25/1996) |
| 09/27/1996 | 145 | MOTION by Suzanne M. Searles to join both claims and persons (Jefferson, V.) (Entered: 10/01/1996) |
| 10/10/1996 |  | ENDORSEMENT denying [145-1] motion to join both claims and persons, for failure to submit a memo of law as required by LR9a. ( signed by Chief Judge Peter C. Dorsey ) (Jefferson, V.) (Entered: 10/10/1996) |
| 10/22/1996 | 146 | MEMORANDUM by Suzanne M. Searles in support of [145-1] motion to join both claims and persons (Jefferson, V.) (Entered: 10/24/1996) |
| 10/28/1996 | 147 | MEMORANDUM by West Hartford Board in opposition to [145-1] motion to join both claims and persons by Suzanne M. Searles (Jefferson, V.) (Entered: 10/31/1996) |
| 10/30/1996 | 148 | APPEARANCE of Attorney for River Mead -- Alan P. Rosenberg (Jefferson, V.) (Entered: 11/04/1996) |

| | | |
|---|---|---|
| 10/30/1996 | 149 | OBJECTION by River Mead re: [145-1] motion to join both claims and persons by Suzanne M. Searles (Jefferson, V.) (Entered: 11/04/1996) |
| 10/30/1996 | 150 | MEMORANDUM by River Mead in support of [149-1] objection (Jefferson, V.) (Entered: 11/04/1996) |
| 11/01/1996 | 151 | MEMORANDUM by Suzanne M. Searles in support of [145-1] motion to join both claims and persons (pleading titled: Further Evidence of Fraud) (Jefferson, V.) (Entered: 11/05/1996) |
| 11/01/1996 | 152 | REPLY by Suzanne M. Searles to response to [145-1] motion to join both claims and persons by Suzanne M. Searles (Jefferson, V.) (Entered: 11/05/1996) |
| 11/07/1996 | 153 | MOTION by Suzanne M. Searles for Reconsideration of [0-0] order dated 8/19/96 re: [138-1] motion for Independent Action for Fraud upon the Court (Brief Due 11/28/96 ) (Jefferson, V.) (Entered: 11/13/1996) |
| 11/18/1996 | 154 | ORDER denying [153-1] motion for Reconsideration of order dated 8/19/96 re: [138-1] motion for Independent Action for Fraud upon the Court ( signed by Chief Judge Peter C. Dorsey ) (Jefferson, V.) (Entered: 11/18/1996) |
| 11/18/1996 | 155 | ORDER. Support Memo to be considered as a renewed Motion for Joinder. denying [146-1] (support memorandum) renewed Motion for Joinder ( signed by Chief Judge Peter C. Dorsey ) (Jefferson, V.) (Entered: 11/18/1996) |
| 12/02/1996 | 156 | MOTION by Suzanne M. Searles to Extend Time to 1/12/97 to file Notice of Appeal (Jefferson, V.) (Entered: 12/02/1996) |
| 12/04/1996 | | ENDORSEMENT denying [156-1] motion to Extend Time to 1/12/97 to file Notice of Appeal:Plaintiff filed a memorandum in opposition to defendants' motion for summary judgment almost four years ago, and summary judgment was granted in favor of defendants on August 5, 1992. Plaintiff has already appealed that decision ( signed by Chief Judge Peter C. Dorsey ) (Former Employee) (Entered: 12/04/1996) |
| 12/11/1996 | 157 | NOTICE OF APPEAL of [155-1] order, [154-1] order by Suzanne M. Searles. Certified Copy of Appeal and Docket mailed to USCA (Lopez, B.) (Entered: 12/13/1996) |
| 12/16/1996 | 158 | AMENDED NOTICE OF APPEAL by Suzanne M. Searles ; regarding [157-1] appeal by Suzanne M. Searles Certified Copies of Amended Notice of Appeal and Docket to USCA. (Montgomery, C.) (Entered: 12/18/1996) |
| 01/02/1997 | 159 | MOTION by Peter Relic to Dismiss Appeal , and to Revoke Plaintiff's IFP Status (Brief Due 1/23/97 ) (Jefferson, V.) (Entered: 01/02/1997) |
| 01/02/1997 | 160 | MEMORANDUM by defendants in support of [159-1] motion to Dismiss Appeal, [159-2] motion to Revoke Plaintiff's IFP Status (Jefferson, V.) (Entered: 01/02/1997) |
| 01/10/1997 | 161 | MOTION by Suzanne M. Searles for Appointment of Counsel (Jefferson, V.) (Entered: 01/15/1997) |
| 01/16/1997 | 162 | RULING denying [161-1] motion for Appointment of Counsel ( signed by Chief Judge Peter C. Dorsey ) (Jefferson, V.) (Entered: 01/16/1997) |

| Date | Doc # | Description |
|---|---|---|
| 01/16/1997 | | Record on Appeal Mailed to USCA: [157-1] appeal by Suzanne M. Searles (Montgomery, C.) (Entered: 01/16/1997) |
| 02/19/1997 | 163 | ACKNOWLEDGED receipt of Record on Appeal at USCA on 2/6/97 received re: [157-1] appeal by Suzanne M. Searles USCA Number: 96-9675 (Montgomery, C.) (Entered: 02/20/1997) |
| 02/27/1997 | | ENDORSEMENT denying [159-1] motion to Dismiss Appeal, granting [159-2] motion to Revoke Plaintiff's IFP Status. SEE for details ( signed by Chief Judge Peter C. Dorsey ) (Jefferson, V.) (Entered: 02/27/1997) |
| 05/16/1997 | 164 | MANDATE OF USCA (certified copy) dated 5/7/97 dismissing [157-1] appeal ( George Lange III) (Montgomery, C.) (Entered: 05/16/1997) |
| 09/03/2002 | 165 | MOTION by Suzanne M. Searles to Reopen case , and for Reconsideration of order dated 2/27/97 re: [159-1] motion to Dismiss Appeal, [159-2] motion to Revoke Plaintiff's IFP Status , and to Consolidate Case with docket number(s): 3:97cv2601 PCD and 3:00cv1115 PCD (Depino, F.) (Entered: 09/04/2002) |
| 10/04/2002 | | ENDORSEMENT denying [165-1] motion to Reopen case, denying [165-2] motion for Reconsideration of order dated 2/27/97 re: [159-1] motion to Dismiss Appeal, [159-2] motion to Revoke Plaintiff's IFP Status, denying [165-3] motion to Consolidate Case with docket number(s): 3:97cv2601 PCD and 3:00cv1115 PCD ( signed by Judge Peter C. Dorsey ) (Villano, P.) (Entered: 10/04/2002) |
| 08/31/2004 | 166 | MOTION to Change Venue and MOTION to Vacate [102] Order on Motion for Judgment by Suzanne M. Searles. (Attachments: # 1 Supplement)(Depino, F.) (Entered: 09/03/2004) |
| 09/13/2004 | 167 | ADDENDUM re 166 MOTION to Change Venue MOTION to Vacate [102] Order on Motion for Judgment filed by Suzanne M. Searles. (Rodko, B.) (Entered: 09/14/2004) |
| 09/16/2004 | 168 | RULING denying 166 Motion to Change Venue, denying 166 Motion to Vacate . Signed by Judge Peter C. Dorsey on 9/16/04. (Rodko, B.) (Entered: 09/17/2004) |
| 09/30/2004 | 169 | MOTION to Appoint Counsel by Suzanne M. Searles. (Depino, F.) (Entered: 10/04/2004) |
| 09/30/2004 | 170 | NOTICE OF APPEAL as to 168 Order on Motion to Change Venue, Order on Motion to Vacate by Suzanne M. Searles. Certified copy of docket and copy of NOA mailed to USCA. (Depino, F.) (Entered: 10/04/2004) |
| 10/08/2004 | 171 | MOTION for Leave to Proceed in forma pauperis by Suzanne M. Searles. (Depino, F.) (Entered: 10/13/2004) |
| 10/14/2004 | | Certified and Transmitted Record on Appeal to US Court of Appeals re 170 Notice of Appeal. (Depino, F.) (Entered: 10/14/2004) |
| 10/29/2004 | 172 | RULING granting 169 Motion to Appoint Counsel, granting 171 Motion for Leave to Proceed in forma pauperis . Signed by Judge Peter C. Dorsey on 10/29/04. (Rodko, B.) (Entered: 10/29/2004) |
| 11/05/2004 | 173 | ORDER: VACATING 172 RULING granting 169 Motion to Appoint Counsel . Signed by Judge Peter C. Dorsey on 11/05/04. (Rodko, B.) (Entered: 11/05/2004) |

| Date | No. | Description |
|---|---|---|
| 11/05/2004 | 174 | Acknowledged Receipt of Index/ROA/NOA at USCA on 9/18/04 re 170 Notice of Appeal: USCA Number: 04/5510 (Depino, F.) (Entered: 01/03/2005) |
| 11/09/2004 | | Supplemental Record on Appeal / to US Court of Appeals re 170 Notice of Appeal (Depino, F.) (Entered: 11/09/2004) |
| 07/21/2005 | | Appeal Record Returned: 170 Notice of Appeal (Rodko, B.) (Entered: 07/22/2005) |
| 08/10/2005 | 175 | MANDATE of USCA (certified copy) dated 8/5/05 dismissing 170 Notice of Appeal filed by Suzanne M. Searle. (Inferrera, L.) (Entered: 08/12/2005) |
| 01/23/2006 | 176 | MOTION to Reopen and for Relief from Judgment by Suzanne M. Searles. Responses due by 2/13/2006 (Inferrera, L.) (Entered: 01/25/2006) |
| 01/23/2006 | 177 | MOTION to Appoint Counsel by Suzanne M. Searles. (Inferrera, L.) Modified on 1/25/2006 (Inferrera, L.). (Entered: 01/25/2006) |
| 01/23/2006 | 178 | MOTION for Leave to Proceed in forma pauperis by Suzanne M. Searles. (Inferrera, L.) (Entered: 01/25/2006) |
| 01/25/2006 | | Docket Entry Correction re 177 MOTION to Appoint Counsel ; corrected filing date (Inferrera, L.) (Entered: 01/25/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/09/2006 15:17:22 | | | |
| PACER Login: | js0060 | Client Code: | 11677.007 |
| Description: | Docket Report | Search Criteria: | 2:90-cv-00626-PCD |
| Billable Pages: | 11 | Cost: | 0.88 |