**EXHIBIT M**

CLOSED, PROSE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:00-cv-01115-PCD

Searles v. Board of Ed, et al  
Assigned to: Judge Peter C. Dorsey  
Demand: $11,000,000  
Cause: 42:2003 Job Discrimination

Date Filed: 06/14/2000  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Suzanne Mersereau Searles**     represented by     **Suzanne Mersereau Searles**  
45 Whispering Pines  
Avon, CT 06001  
*PRO SE*

V.

**Defendant**

**Board of Ed**  
*West Hartford*

represented by   **James M. Sconzo**  
Jorden Burt LLP  
175 Powder Forest Drive  
Simsbury, CT 06089  
860-392-5000  
Fax: 860-392-5058  
Email: jms@jordenusa.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Wendi L. Boyden**  
Halloran & Sage  
One Goodwin Sq., 225 Asylum St.  
Hartford, CT 06103  
860-522-6103  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Berkel**     represented by     **James M. Sconzo**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Wendi L. Boyden**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**
Natalie Schulman                                    represented by   **Nicole D. Dorman**
                                                                    Karsten & Dorman, LLC
                                                                    29 So. Main St.
                                                                    West Hartford, CT 06107
                                                                    860-521-4800
                                                                    Fax: 860-521-7500
                                                                    Email: ndorman@karstendorman.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
Matthew Borrelli                                    represented by   **James M. Sconzo**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Wendi L. Boyden**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
Peter Relic                                         represented by   **James M. Sconzo**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Wendi L. Boyden**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
Lloyd Calvert                                       represented by   **James M. Sconzo**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Wendi L. Boyden**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
James J. Moore                                      represented by   **James M. Sconzo**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

M.D. Edward J. Fredericks

**Defendant**

James Black     represented by    **F. Timothy McNamara**
F. Timothy McNamara
102 Oak St.
Hartford, CT 06106
860-249-8458
Fax: 860-249-8850
Email: ftimothymcnamara@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

M. Peter Blum     represented by    **M. Peter Blum**
1 Linden Place
Apt #307
Hartford, CT 06106
PRO SE

**Defendant**

Neil Macy     represented by    **James M. Sconzo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendi L. Boyden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

William Dolan     represented by    **Mark W. Baronas**
Gould, Killian & Wynne
280 Trumbull St., 25th Fl.
Hartford, CT 06103
860-278-1270
Fax: 860-244-9290
Email: mbaronas@gkwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin A. Gould**
Gould, Killian & Wynne
280 Trumbull St., 25th Fl.
Hartford, CT 06103
860-278-1270
Fax: 860-244-9290

|  | Email: mgould@gkwlaw.com  |
|---|---|
|  | *LEAD ATTORNEY* |
|  | *ATTORNEY TO BE NOTICED* |

**Notice**

| **US Court of Appeals** | represented by | **US Court of Appeals** |
|---|---|---|
| *TERMINATED: 08/10/2005* | | Office of the Clerk |
| | | US Courthouse |
| | | Foley Square |
| | | New York, NY 10007 |
| | | 212-857-8500 |
| | | *TERMINATED: 08/10/2005* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2000 | 1 | MOTION by Suzanne Mersereau Searles to Proceed in Forma Pauperis (D'Onofrio, B.) (Entered: 06/20/2000) |
| 06/15/2000 |  | ENDORSEMENT granting [1-1] motion to Proceed in Forma Pauperis ( signed by Mag. Judge Joan G. Margolis ) (D'Onofrio, B.) (Entered: 06/20/2000) |
| 06/15/2000 | 2 | COMPLAINT (D'Onofrio, B.) (Entered: 06/20/2000) |
| 06/15/2000 | 3 | MOTION by Suzanne Mersereau Searles for Appointment of Counsel (D'Onofrio, B.) (Entered: 06/20/2000) |
| 07/26/2000 |  | US Marshal 285 forms and instructions, Notice of Lawsuit, Waiver of Service of Summons, Summons returned to plaintiff for completion (D'Onofrio, B.) (Entered: 07/26/2000) |
| 07/26/2000 | 4 | MOTION by Suzanne Mersereau Searles to Change Venue (Brief Due 8/16/00 ) (Gothers, M.) (Entered: 07/26/2000) |
| 07/27/2000 | 5 | ORDER of Transfer ( signed by Judge Robert N. Chatigny ) to Judge Peter C. Dorsey (Former Employee) (Entered: 07/27/2000) |
| 08/10/2000 |  | ENDORSEMENT denying [4-1] motion to Change Venue ( signed by Mag. Judge Joan G. Margolis ) (Depino, F.) (Entered: 08/11/2000) |
| 08/11/2000 | 6 | APPEARANCE of Attorney for James Black -- F. Timothy McNamara (Former Employee) (Entered: 08/11/2000) |
| 08/11/2000 | 7 | MOTION by Suzanne Mersereau Searles to append social security documents (Former Employee) (Entered: 08/14/2000) |
| 08/21/2000 | 8 | RULING denying [3-1] motion for Appointment of Counsel ( signed by Judge Peter C. Dorsey ) 2 Page(s) (Villano, P.) (Entered: 08/22/2000) |
| 08/28/2000 | 9 | MOTION by Suzanne Mersereau Searles to Transfer Case to another judge (Depino, F.) (Entered: 08/28/2000) |

| 08/30/2000 | 10 | MOTION by James Black to Dismiss (Brief Due 9/20/00 ) (Depino, F.) (Entered: 08/31/2000) |
|---|---|---|
| 09/08/2000 | 11 | APPEARANCE of Attorney for Board of Ed, Paul Berkel, Matthew Borrelli, Peter Relic, Lloyd Calvert, James J. Moore -- James M. Sconzo (Pesta, J.) (Entered: 09/08/2000) |
| 09/08/2000 | 12 | APPEARANCE of Attorney for West Hartford Board of Ed, Paul Berkel, Matthew Borrelli, Peter Relic, Lloyd Calvert and James J. Moore -- Wendi L. Boyden (Pesta, J.) Modified on 09/20/2000 (Entered: 09/08/2000) |
| 09/12/2000 |  | ENDORSEMENT denying [9-1] motion to Transfer Case to another judge ( signed by Judge Peter C. Dorsey ) (Villano, P.) (Entered: 09/13/2000) |
| 09/12/2000 | 13 | OBJECTION by Suzanne Mersereau Searles to [10-1] motion to Dismiss by James Black (Inferrera, L.) (Entered: 09/15/2000) |
| 09/12/2000 | 14 | OBJECTIONS by Suzanne Mersereau Searles to [10-1] motion to Dismiss by James Black (Inferrera, L.) (Entered: 09/15/2000) |
| 09/13/2000 | 16 | ADDENDUM TO OBJECTIONS by Suzanne Mersereau Searles to [10-1] motion to Dismiss by James Black (Villano, P.) (Entered: 09/15/2000) |
| 09/15/2000 | 15 | APPEARANCE of Attorney for Natalie Schulman -- Nicole D. Dorman (Gothers, M.) (Entered: 09/15/2000) |
| 09/18/2000 | 17 | APPEARANCE of Attorney for William Dolan -- Mark W. Baronas (Sherman, M.) Modified on 09/19/2000 (Entered: 09/19/2000) |
| 09/18/2000 | 18 | APPEARANCE of Attorney for William Dolan -- Martin A. Gould (Warner, R.) (Entered: 09/20/2000) |
| 09/26/2000 | 20 | PRO SE Appearance by M. Peter Blum (Warner, R.) (Entered: 09/27/2000) |
| 09/27/2000 | 21 | MOTION by William Dolan to Dismiss (Brief Due 10/18/00 ) (Villano, P.) (Entered: 09/28/2000) |
| 09/27/2000 | 22 | MEMORANDUM by William Dolan in support of [21-1] motion to Dismiss (Villano, P.) (Entered: 09/28/2000) |
| 09/29/2000 | 23 | MOTION by M. Peter Blum to Dismiss (Brief Due 10/20/00 ) (Villano, P.) (Entered: 10/03/2000) |
| 09/29/2000 | 24 | AFFIDAVIT of Peter R. Blum by M. Peter Blum Re [23-1] motion to Dismiss by M. Peter Blum (Villano, P.) (Entered: 10/03/2000) |
| 09/29/2000 | 25 | MEMORANDUM by M. Peter Blum in support of [23-1] motion to Dismiss (Villano, P.) (Entered: 10/03/2000) |
| 10/03/2000 | 26 | OBJECTIONS by Suzanne Mersereau Searles to [23-1] motion to Dismiss by M. Peter Blum (Villano, P.) (Entered: 10/03/2000) |
| 10/03/2000 | 27 | MOTION by Suzanne Mersereau Searles to Join Party (Brief Due 10/24/00 ) (Villano, P.) (Entered: 10/03/2000) |
| 10/03/2000 | 28 | MOTION by Natalie Schulman to Extend Time until 10/20/00 to file an answer |

| | | |
|---|---|---|
| | | (Warner, R.) (Entered: 10/04/2000) |
| 10/05/2000 | 29 | APPEARANCE of Attorney for Neil Macy -- James M. Sconzo (Warner, R.) (Entered: 10/05/2000) |
| 10/05/2000 | 30 | APPEARANCE of Attorney for Neil Macy -- Wendi L. Boyden (Warner, R.) (Entered: 10/05/2000) |
| 10/05/2000 | 31 | MOTION by Suzanne Mersereau Searles for Reconsideration of [8-1] order dated 8/21/00 re: [3-1] motion for Appointment of Counsel (Brief Due 10/26/00 ) (Villano, P.) (Entered: 10/05/2000) |
| 10/05/2000 | 32 | MARSHAL'S return of service on Summons & Complaint executed as to Board of Ed on 8/7/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 33 | MARSHAL'S return of service on Summons & Complaint executed as to James Black on 8/7/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 34 | MARSHAL'S return of service on Summons & Complaint executed as to Paul Berkel on 8/7/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 35 | MARSHAL'S return of service on Summons & Complaint executed as to Natalie Schulman on 8/9/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 36 | MARSHAL'S return of service on Summons & Complaint executed as to Neil Macy on 8/9/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 37 | MARSHAL'S return of service on Summons & Complaint executed as to M. Peter Blum on 8/10/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 38 | MARSHAL'S return of service on Summons & Complaint executed as to William Dolan on 8/11/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 39 | MARSHAL'S return of service on Summons & Complaint executed as to Lloyd Calvert on 8/11/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 40 | MARSHAL'S return of service on Summons & Complaint executed as to James J. Moore on 8/11/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 41 | MARSHAL'S return of service on Summons & Complaint executed as to Edward J. Fredericks on 8/11/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 42 | MARSHAL'S return of service on Summons & Complaint executed as to Matthew Borrelli on 8/11/00 (Pesta, J.) (Entered: 10/06/2000) |
| 10/05/2000 | 43 | MARSHAL's return unexecuted on Summons as to Matthew Borrelli (Pesta, J.) (Entered: 10/06/2000) |
| 10/06/2000 | | ENDORSEMENT granting [28-1] motion to Extend Time until 10/20/00 to file an answer ( signed by Judge Peter C. Dorsey ) (Villano, P.) (Entered: 10/06/2000) |
| 10/06/2000 | 44 | APPEARANCE of Attorney for Neil Macy -- Wendi L. Boyden (Pesta, J.) (Entered: 10/06/2000) |
| 10/06/2000 | 45 | APPEARANCE of Attorney for Neil Macy -- James M. Sconzo (Pesta, J.) (Entered: 10/06/2000) |

| | | |
|---|---|---|
| 10/10/2000 | 46 | MOTION by Neil Macy to Dismiss Complaint (Brief Due 10/31/00 ) (Villano, P.) (Entered: 10/10/2000) |
| 10/10/2000 | 47 | MEMORANDUM by Neil Macy in support of [46-1] motion to Dismiss Complaint (Villano, P.) (Entered: 10/10/2000) |
| 10/10/2000 | 48 | MOTION by Board of Ed, Paul Berkel, Matthew Borrelli, Peter Relic, Lloyd Calvert, James J. Moore to Dismiss Complaint , or for Summary Judgment (Brief Due 10/31/00 ) (Villano, P.) (Entered: 10/10/2000) |
| 10/10/2000 | 49 | MEMORANDUM by Board of Ed, Paul Berkel, Matthew Borrelli, Peter Relic, Lloyd Calvert, James J. Moore in support of [48-1] motion to Dismiss Complaint, [48-2] motion for Summary Judgment (Villano, P.) (Entered: 10/10/2000) |
| 10/10/2000 | 50 | STATEMENT of Material Facts by Board of Ed, Paul Berkel, Matthew Borrelli, Peter Relic, Lloyd Calvert, James J. Moore regarding [48-1] motion to Dismiss Complaint, [48-2] motion for Summary Judgment (Villano, P.) (Entered: 10/10/2000) |
| 10/10/2000 | 51 | Exhibits by Board of Ed, Paul Berkel, Matthew Borrelli, Peter Relic, Lloyd Calvert, James J. Moore to [48-2] motion for Summary Judgment by defendants (Villano, P.) (Entered: 10/10/2000) |
| 10/18/2000 | 52 | OBJECTIONS by Suzanne Mersereau Searles to [48-1] motion to Dismiss Complaint by defendants, [48-2] motion for Summary Judgment by defendants, [46-1] motion to Dismiss Complaint by Neil Macy (Villano, P.) (Entered: 10/19/2000) |
| 10/19/2000 | 53 | REPLY by Neil Macy to response to [46-1] motion to Dismiss Complaint by Neil Macy (Villano, P.) (Entered: 10/20/2000) |
| 10/19/2000 | 54 | MOTION by Natalie Schulman to Dismiss Complaint (Brief Due 11/9/00 ) (Villano, P.) (Entered: 10/20/2000) |
| 10/19/2000 | 57 | MOTION by Natalie Schulman for Sanctions (Brief Due 11/9/00 ) (Villano, P.) (Entered: 11/07/2000) |
| 10/19/2000 | 58 | MEMORANDUM by Natalie Schulman in support of [54-1] motion to Dismiss Complaint, [57-1] motion for Sanctions (Villano, P.) (Entered: 11/07/2000) |
| 10/23/2000 | 55 | REVISED REPLY by Neil Macy to response to [46-1] motion to Dismiss Complaint by Neil Macy (Villano, P.) (Entered: 10/23/2000) |
| 10/25/2000 | 56 | Letter MOTION by Suzanne Mersereau Searles for Appointment of Counsel (Brief Due 11/15/00 ) (Villano, P.) (Entered: 10/30/2000) |
| 11/14/2000 | 59 | MARSHAL'S return of service on summons and complaint executed via certified mail as to Board of Ed on 8/9/00 (Warner, R.) (Entered: 11/14/2000) |
| 11/27/2000 | 60 | RULING granting [10-1] motion to Dismiss, granting [21-1] motion to Dismiss, granting [23-1] motion to Dismiss, granting [46-1] motion to Dismiss Complaint, granting [48-1] motion to Dismiss Complaint, granting [54-1] motion to Dismiss Complaint denying [7-1] motion to append social security documents, denying [27-1] motion to Join Party, denying [31-1] motion for Reconsideration of [8-1] order dated 8/21/00 re: [3-1] motion for Appointment of Counsel, denying [56-1] motion for Appointment of Counsel denying [48-2] motion for Summary Judgment, |

|  |  | granting in part, denying in part [57-1] motion for Sanctions ( signed by Judge Peter C. Dorsey ) 5 Pages (Villano, P.) (Entered: 11/28/2000) |
|---|---|---|
| 11/29/2000 | 61 | ORDER dismissing claims against defendant Fredericks ( signed by Judge Peter C. Dorsey ) (Villano, P.) (Entered: 11/30/2000) |
| 11/30/2000 | 62 | JUDGMENT dismissing complaint ( signed by Clerk ) (Villano, P.) (Entered: 12/01/2000) |
| 11/30/2000 |  | Case closed (Villano, P.) (Entered: 12/01/2000) |
| 12/08/2000 | 63 | MOTION by Suzanne Mersereau Searles for Reconsideration of [60-1] Ruling dated 11/27/00 re: [3-1] motion for Appointment of Counsel, [7-1] motion to append social security documents, [8-1] order, [10-1] motion to Dismiss, [21-1] motion to Dismiss, [23-1] motion to Dismiss, [27-1] motion to Join Party, [31-1] motion for Reconsideration of [8-1] order dated 8/21/00 re: [3-1] motion for Appointment of Counsel, [46-1] motion to Dismiss Complaint, [48-2] motion for Summary Judgment, [48-1] motion to Dismiss Complaint, [54-1] motion to Dismiss Complaint, [57-1] motion for Sanctions, [56-1] motion for Appointment of Counsel (Brief Due 1/5/01 ) (Basile, F.) Modified on 12/15/2000 (Entered: 12/15/2000) |
| 12/12/2000 | 64 | SUPPLEMENTAL MOTION with exhibits by Suzanne Mersereau Searles for Reconsideration of [63-1] motion for Reconsideration of [60-1] Ruling dated 11/27/00 re: [3-1] motion for Appointment of Counsel, [7-1] motion to append social security documents, [8-1] order, [10-1] motion to Dismiss, [21-1] motion to Dismiss, [23-1] motion to Dismiss, [27-1] motion to Join Party, [31-1] motion for Reconsideration of [8-1] order dated 8/21/00 re: [3-1] motion for Appointment of Counsel, [46-1] motion to Dismiss Complaint, [48-2] motion for Summary Judgment, [48-1] motion to Dismiss Complaint, [54-1] motion to Dismiss Complaint, [57-1] motion for Sanctions, [56-1] motion for Appointment of Counsel by Suzanne Mersereau Searles dated 11/27/00 re: (Brief Due 1/2/01 ) (Basile, F.) (Entered: 12/15/2000) |
| 12/20/2000 | 65 | MOTION by Suzanne Mersereau Searles to Proceed in Forma Pauperis (Basile, F.) (Entered: 12/21/2000) |
| 12/20/2000 | 67 | NOTICE OF APPEAL of [62-1] judgment order by Suzanne Mersereau Searles Certified Copy of Appeal and Docket mailed to USCA (Ruocco, M.) (Entered: 12/28/2000) |
| 12/27/2000 | 66 | RULING denying [65-1] motion to Proceed in Forma Pauperis, denying [64-1] supplemental amended motion for Reconsideration of [63-1] motion for Reconsideration of [60-1] Ruling dated 11/27/00 re: [3-1] motion for Appointment of Counsel, [7-1] motion to append social security documents, [8-1] order, [10-1] motion to Dismiss, [21-1] motion to Dismiss, [23-1] motion to Dismiss, [27-1] motion to Join Party, [31-1] motion for Reconsideration of [8-1] order dated 8/21/00 re: [3-1] motion for Appointment of Counsel, [46-1] motion to Dismiss Complaint, [48-2] motion for Summary Judgment, [48-1] motion to Dismiss Complaint, [54-1] motion to Dismiss Complaint, [57-1] motion for Sanctions, [56-1] motion for Appointment of Counsel by Suzanne Mersereau Searles dated 11/27/00 re:, denying [63-1] motion for Reconsideration of [60-1] Ruling dated 11/27/00 re: [3-1] motion for Appointment of Counsel, [7-1] motion to append social security documents, [8-1] order, [10-1] motion to Dismiss, [21-1] motion to Dismiss, [23-1] motion to |

|  |  | Dismiss, [27-1] motion to Join Party, [31-1] motion for Reconsideration of [8-1] order dated 8/21/00 re: [3-1] motion for Appointment of Counsel, [46-1] motion to Dismiss Complaint, [48-2] motion for Summary Judgment, [48-1] motion to Dismiss Complaint, [54-1] motion to Dismiss Complaint, [57-1] motion for Sanctions, [56-1] motion for Appointment of Counsel ( signed by Judge Peter C. Dorsey ) 3 Page(s) (Depino, F.) (Entered: 12/27/2000) |
|---|---|---|
| 12/28/2000 | 68 | MOTION by Suzanne Mersereau Searles to Proceed in Forma Pauperis (Brown, S.) (Entered: 12/29/2000) |
| 01/05/2001 |  | ENDORSEMENT denying [68-1] motion to Proceed in Forma Pauperis ( signed by Judge Peter C. Dorsey ) (Basile, F.) (Entered: 01/08/2001) |
| 01/17/2001 | 69 | MOTION by Suzanne Mersereau Searles for Appointment of Counsel (Sherman, M.) (Entered: 01/18/2001) |
| 01/19/2001 |  | Record on Appeal Mailed to USCA: [67-1] appeal by Suzanne Mersereau Searles (Basile, F.) (Entered: 01/19/2001) |
| 01/22/2001 | 70 | RULING denying [69-1] motion for Appointment of Counsel ( signed by Judge Peter C. Dorsey ) 2 Page(s) (Depino, F.) (Entered: 01/22/2001) |
| 01/29/2001 | 71 | ACKNOWLEDGED receipt of Index to Record on Appeal at USCA on 1/23/01 received re: [67-1] appeal by Suzanne Mersereau Searles USCA Number: 01-7007 (Basile, F.) (Entered: 01/30/2001) |
| 02/02/2001 | 72 | Letter MOTION by Suzanne Mersereau Searles to Consolidate Case with docket number(s): 2:90cv 626(PCD), 3:97cv 2601(PCD) (Basile, F.) (Entered: 02/02/2001) |
| 02/07/2001 |  | ENDORSEMENT denying [72-1] motion to Consolidate Case with docket number (s): 2:90cv 626(PCD), 3:97cv 2601(PCD) ( signed by Judge Peter C. Dorsey ) (Basile, F.) (Entered: 02/07/2001) |
| 05/17/2001 | 73 | MANDATE OF USCA (certified copy) dated 5/9/01 dismissing [67-1] appeal ( Roseann Mackechnie) (Basile, F.) (Entered: 05/17/2001) |
| 09/17/2001 |  | Record on Appeal returned from U.S. Court of Appeals, Regarding [67-1] appeal by Suzanne Mersereau Searles . Receipt mailed to USCA. (Basile, F.) (Entered: 09/17/2001) |
| 09/16/2004 | 74 | RULING denying [166] Motion to Change Venue; denying [166] Motion to Vacate. Signed by Judge Peter C. Dorsey on 9/16/04. (Rodko, B.) (Entered: 09/27/2004) |
| 09/30/2004 | 75 | NOTICE OF APPEAL as to 74 Order by Suzanne Mersereau Searles. Certified copy of docket and copy of NOA mailed to USCA. (Depino, F.) (Entered: 02/24/2005) |
| 09/30/2004 | 76 | MOTION to Appoint Counsel by Suzanne Mersereau Searles. (Depino, F.) (Entered: 02/24/2005) |
| 09/30/2004 | 77 | MOTION for Leave to Proceed in forma pauperis by Suzanne Mersereau Searles. (Depino, F.) (Entered: 02/24/2005) |
| 11/05/2004 | 79 | ORDER VACATING 78 Order on Motion to Appoint Counsel, . Signed by Judge Peter C. Dorsey on 11/5/04. (Depino, F.) (Entered: 02/24/2005) |

| | | |
|---|---|---|
| 02/24/2005 | 78 | RULING granting 76 Motion to Appoint Counsel, granting 77 Motion for Leave to Proceed in forma pauperis . Signed by Judge Peter C. Dorsey on 10/29/04. (Depino, F.) (Entered: 02/24/2005) |
| 03/02/2005 | | Certified and Transmitted Record on Appeal to US Court of Appeals re 75 Notice of Appeal. (Depino, F.) (Entered: 03/03/2005) |
| 08/10/2005 | 80 | MANDATE of USCA (certified copy)dated 8/5/05 dismissing 75 Notice of Appeal filed by Suzanne Mersereau Searle. (Inferrera, L.) (Entered: 08/12/2005) |
| 08/19/2005 | 81 | MANDATE of USCA (certified copy)dated 8/17/05 USCA Mandate dismissing 75 Notice of Appeal filed by Suzanne Mersereau Searles, (Pesta, J.) (Entered: 08/19/2005) |
| 10/28/2005 | | Appeal Record Returned: 75 Notice of Appeal (Inferrera, L.) (Entered: 10/28/2005) |
| 01/23/2006 | 82 | MOTION to Reopen and for Relief from Judgment by Suzanne Mersereau Searles.Responses due by 2/13/2006 (Inferrera, L.) (Entered: 01/25/2006) |
| 01/23/2006 | 83 | MOTION to Appoint Counsel by Suzanne Mersereau Searles. (Inferrera, L.) (Entered: 01/25/2006) |
| 01/23/2006 | 84 | MOTION for Leave to Proceed in forma pauperis by Suzanne Mersereau Searles. (Inferrera, L.) (Entered: 01/25/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/07/2006 11:51:02 | | | |
| PACER Login: | js0060 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:00-cv-01115-PCD |
| Billable Pages: | 6 | Cost: | 0.48 |