UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN MERSEREAU SEARLES<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:00 CV 1115 (PCD) |
| | : | |
| VS. | : | |
| | : | |
| WEST HARTFORD BOARD OF<br>EDUCATION, PAUL BERKEL,<br>NATALIE SCHULMAN, MATTHEW<br>BORRELLI, PETER RELIC, LLOYD<br>CALVERT, JAMES J. MOORE,<br>EDWARD J. FREDERICKS, M.D.,<br>JAMES BLACK, M. PETER BLUM,<br>NEIL MACY AND WILLIAM DOLAN<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br><br>FEBRUARY 16, 2006 |

**APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the Defendant, James Black, in the above-captioned case.

THE DEFENDANT,
JAMES BLACK,

By: _____
F. Timothy McNamara, Esq.
F. Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106
Tel: (860) 249-8458
Fax: (860) 249-8850
ftimothymcnamara@aol.com
Federal Bar No. ct04227

## CERTIFICATION

This is to certify that on this 16th day of February, 2006, I hereby mailed a copy of the foregoing to:

Suzanne M. Searles
45 Whispering Pines
Avon, CT 06001
*Pro Se*

Garie J. Mulcahey
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Drive
Shelton, CT 06484

Mark J. Sommaruga
Michael Peter McKeon
Thomas N. Sullivan
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105

James M. Tanski
O'Brien, Tanski, Tanzer & Young
Cityplace II
Hartford, CT 06103-3402

Robert E. Young
Noble, Spector, Young & O'Connor
1 Congress Street
Hartford, CT 06114-1067

Nicole D. Dorman
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

Jonathan C. Sterling
Jorden Burt, LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089

M. Peter Blum
1 Linden Place, Apt. 307
Hartford, CT 06106
*Pro Se*

Martin A. Gould
Mark W. Baronas
Gould, Killian & Wynne
280 Trumbull Street, 25th Floor
Hartford, CT 06103

_____
F. Timothy McNamara, Esq.