UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUZANNE MERSEREAU SEARLES, Plaintiff     Case No. 2:90cv626(PCD)
                                                 Case No. 3:97cv2601(PCD)
v.                                                 Case No. :00cv1115(PCD)

West Hartford Board of Education, et

    al. Defendants

## MOTION FOR EXTENSION OF TIME

    Plaintiff pro se ifp herein moves for an extension of time in which to file a Motion for Reconsideration of the May 1, 2006 ruling denying her Motion to Reopen and For Relief from Judgment, her Motion to Appoint Counsel, and her Motion to Proceed In Forma Pauperis. Said ruling did not arrive at Plaintiff's home until Saturday, May 6, 2006. Not until today, May 9, 2006 did United States District Court Rules of Civil Procedure arrive at her home as supplied by the state law library. Rule 7, "Motion Procedures" includes "(b) Motions for Extension of Time" and "(c)Motions for Reconsideration."

    In all three of the aforementioned cases this court failed to rule judiciously inclusive of all exhibits probative of Defendant fraud. Furthermore F.R.C.P. 60(b)(6) has been argued and pleaded by Plaintiff for sixteen years and counting. The court erroneously quotes Rule 60(b) with omission -egregious omission - of the tenets of Rule 60(b)(6). The court has thrice ruled for appointment of counsel for this Plaintiff but has never honored its word.

    Finally, the last two (2) sentences of Judge Dorsey's ruling of May 1, 2006, are fraudulent in their entirety:

> To avoid confusion, the present motion is an attempt to relitigate matters already adjudicated. Plaintiff is advised to consider this warning before filing any further documents in support of relitigating issues that have already been adjudicated....
>
>                                      (emphasis added)

Adjudication is defined in Black's Law Dictionary as follows:

> The formal giving or pronouncing a judgment or decree in a cause...It implies a hearing by a court, after notice, of legal evidence on the factual issue(s)

-1-

>involved. The equivalent of a
"determination." And contemplates
that the claims of all the parties
thereto have been considered and
set at rest....

<u>Never</u> in sixteen years and counting has this Plaintiff been granted "<u>a hearing by the court</u>"; never has "<u>legal evidence on the factual issues involved</u>" <u>on</u> even <u>one of the three cases been litigated</u>; never have <u>Plaintiff's claims</u> "<u>been considered and set at rest</u>." The court's diction of "relitigating issues" is erroneous <u>in toto</u> as is the court's <u>caveat</u>/"warning" re-same. (emphasis added)

    For the aforementioned reasons and many others, Plaintiff files this Motion For Extension Of Time. She has this day phoned all twelve (12) opposing counsel regarding this Motion. Attorney McNamara stated," I'm going to object." Attorney Rosenberg stated that he must consult his client. None of the others listed on the Certification page answered, but Plaintiff left her message and phone number on each one's voice mail.

                                  Respectfully submitted,

                                  Suzanne Mersereau Searles,
                                  <u>pro se in forma pauperis</u>

## CERTIFICATION

Plaintiff hereby certifies that a copy of this motion was this day, 9 May 2006, mailed prepaid to each of the following:

West Hartford Corporation Counsel
50 South Main Street
West Hartford, CT  06107

Karsten and Dorman
29 South Main Street
West Hartford, CT  06107

Rosenberg and Rosenberg
920 Farmington Avenue
West Hartford, CT  06107

Peter R. Blum, Esq.
1 Linden Place-Apt. 307
Hartford, CT  06106

Martin A. Gould, Esq.
Gould, Killian, and Wynne
280 Trumbull Street
Hartford, CT  06103

Timothy McNamara, Esq.
102 Oak Street
Hartford, CT  06106

Edward J. Fredericks, M.D.
85 Seymour Street
Hartford, CT  06103

Igor I. Sikorsky, Jr., Esq.
121 Perry Street
Unionville, CT  06085

Garie J. Mulcahey
Bai, Pollack, Blueweiss, & Mulcahey
One Corporate Drive
Shelton, CT  06484

Mark J. Sommaruga, Michael Peter McKeon, Thomas N. Sullivan
Sullivan, Schoen, Campane, & Connon
646 Prospect Ave.
Hartford, CT  06105

Robert E. Young
Noble, Spector, Young & O'Connor
1 Congress St.
Hartford, CT  06114-1067

James M. Tanski
O'Brien, Tanski, Tanzer & Young
Cityplace II
Hartford, CT  06103-3402

_____
Suzanne M. Searles

-3-