FORM 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

SUZANNE M. SEARLES, Plaintiff

v.　　　　　　　　　　　　　　　CIVIL CASE NO. 2:90cv0626 (PCD)

WEST HARTFORD BOARD OF EDUCATION,　　　　3:97cv2601 (PCD)
PAUL BERKEL, NATALIE SCHULMAN, MATTHEW　　3:00cv1115 (PCD)
BORRELLI, PETER RELIC, LLOYD CALVERT, JAMES J. MOORE, EDWARD J.
FREDERICKS, M.D., JAMES BLACK, NEIL MACY, WILLIAM DOLAN, M. Peter Blum

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), _Suzanne M. Searles_ hereby gives notice and
　　　　　　　　　　　　　　　　　　(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (attach the Judgment or Order):
_____Ruling on Plaintiff's
Motion For Reconsideration and Independent Action (Plaintiff's
December 22, 2006 Petition For Writ of Mandamus In Re Suzanne
Mersereau Searles has not yet received a court ruling). (copy appended)

2. The Judgment /Order in this action was entered on _December 20, 2006_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(date)

_____[signature]_____
　　　Signature

_Suzanne Mersereau Searles_
　　　Print Name

_45 Whispering Pines Road_

_Avon, CT   06001_
　　　Address

Date: _January 5, 2007_　　　_860-674-0617_
　　　　　　　　　　　　　　　Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).